THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY S. VAN BEUREN et al., as Administrators of MARY S. VAN BEUREN, Deceased, Appellants, *v.* EDWARD P. BARKER et al., Commissioners of Taxes of the City and County of New York, Respondents.

*People ex rel. Van Beuren* v. *Barker,* 16 App. Div. 635, affirmed.
(Argued June 21, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1897, which affirmed an order of Special Term dismissing a writ of certiorari to review an assessment.

*Edward Mitchell* for appellants.

*Francis M. Scott* and *James M. Ward* for respondents.

Order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER SEERY, Appellant, *v.* O. H. LA GRANGE et al., Composing the Board of Fire Commissioners of the City of New York Respondents.

*People ex rel. Seery* v. *La Grange,* 1 App. Div. 338, affirmed.
(Argued June 22, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1896, which confirmed, on certiorari, the action of the board of fire commissioners of the city of New York in removing the relator from office.

*John W. Hogan* for appellant.

*William L. Findley* for respondents.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.